AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
### for the
### District of Columbia

| | |
|---|---|
| United States of America<br>v.<br><br>Mark Roger Rebegila<br><br><br>*Defendant* | )<br>)<br>)<br>)<br>)<br>)<br>) |

Case: 1:21–mj–00294
Assigned To : Harvey, G. Michael
Assign. Date : 3/10/2021
Description: Complaint w/ Arrest Warrant

## ARREST WARRANT

To:    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* _____ Mark Roger Rebegila _____ ,
who is accused of an offense or violation based on the following document filed with the court:

❑ Indictment      ❑ Superseding Indictment      ❑ Information      ❑ Superseding Information      ☒ Complaint
❑ Probation Violation Petition      ❑ Supervised Release Violation Petition      ❑ Violation Notice   ❑ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1752(a)(1) - Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority;
40 U.S.C. § 5104(e)(2) - Violent Entry and Disorderly Conduct on Capitol Grounds.

Date:    03/10/2021

Digitally signed by G. Michael Harvey
Date: 2021.03.10 11:02:52 -05'00'

*Issuing officer's signature*

City and state:        Washington, D.C.

G. Michael Harvey, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 3/10/2021 , and the person was arrested on *(date)* 3/15/2021
at *(city and state)* Topeka, KS .

Date: 3/15/2021

*Arresting officer's signature*

Jason Sahin / SA
*Printed name and title*