NOTICE OF APPEARANCE IN A CRIMINAL CASE

## CLERK'S OFFICE
## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA
## WASHINGTON, D.C. 20001

UNITED STATES OF AMERICA

vs.

Criminal Number  1:21-mj-294-GMH-1

MARK REBEGILA
        (Defendant)

TO:   ANGELA CAESAR, CLERK

YOU ARE HEREBY NOTIFIED THAT I APPEAR FOR THE DEFENDANT INDICATED ABOVE IN THE ENTITLED ACTION.

I AM APPEARING IN THIS ACTION AS:    (Please check one)

☐ CJA          ☒ RETAINED          ☐ FEDERAL PUBLIC DEFENDER

_____
(Signature)

**PLEASE PRINT THE FOLLOWING INFORMATION:**

David Benowitz        DC Bar # 451557
(Attorney & Bar ID Number)
Price Benowitz LLP
(Firm Name)
409 7th Street, NW, Suite 200
(Street Address)
Washington, DC 20004
(City)         (State)      (Zip)
c (202) 271-5249
(Telephone Number)