# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | |
| ) | Criminal No. 1:21-cr-283-APM |
| MARK REBEGILA ) | |
| ) | |
| Defendant ) | |

## DEFENDANT'S CONSENT MOTION
## TO CONTINUE CHANGE OF PLEA HEARING

Defendant Mark Rebegila, by and through undersigned counsel, hereby moves to continue the change of plea in the above-captioned matter currently scheduled for November 17, 2021 to the afternoon of November 29, 2022, or to an alternate date after that date convenient to the Court's calendar and the parties. In support of this motion, counsel states the following:

1) Counsel is recovering from back surgery and unfortunately has had to take medication that prevents him from representing Mr. Rebegila at the change of plea hearing.

2) AUSA Sean Murphy consents to Mr. Rebegila's motion.

3) Mr. Rebegila has been advised of his rights under the Speedy Trial Act and consents to tolling the speedy trial clock for the period between November 17, 2021 and the date of his next hearing.

Wherefore, Mark Rebegila respectfully requests that the Court continue the change of plea hearing in this matter to November 29, 2021, or to a date after that date convenient to the Court's calendar and to the parties.

1

Respectfully submitted,

_____/s/_____
David Benowitz
DC Bar # 451557
*Counsel for Mark Rebegila*
Price Benowitz LLP
409 7th Street, NW
Suite 200
Washington, DC 20001
(202) 271-5249
david@pricebenowitz.com

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 16th day of November 2021, I caused a true and correct copy of the foregoing Motion to be delivered via CM/ECF to the parties in this matter.

_____/s/_____
David Benowitz