# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|                            |   |                              |
|----------------------------|---|------------------------------|
| **UNITED STATES OF AMERICA** | : | **Case No: 21-CR-283 (APM)** |
|                            | : |                              |
| **v.**                     | : |                              |
|                            | : | **40 U.S.C. § 5104(e)(2)(G)** |
| **MARK ROGER REBEGILA,**   | : |                              |
|                            | : |                              |
| **Defendant.**             | : |                              |
|                            | : |                              |

## STATEMENT OF OFFENSE

Pursuant to Fed. R. Crim. P. 11, the United States of America, by and through its attorney, the United States Attorney for the District of Columbia, and the defendant, Mark Roger Rebegila, with the concurrence of his attorney, agree and stipulate to the below factual basis for the defendant's guilty plea—that is, if this case were to proceed to trial, the parties stipulate that the United States could prove the below facts beyond a reasonable doubt:

### *The Attack at the U.S. Capitol on January 6, 2021*

1.      The U.S. Capitol, which is located at First Street, SE, in Washington, D.C., is secured twenty-four hours a day by U.S. Capitol Police (USCP). Restrictions around the Capitol include permanent and temporary security barriers and posts manned by USCP. Only authorized people with appropriate identification are allowed access inside the Capitol.

2.      On January 6, 2021, the exterior plaza of the Capitol was closed to members of the public.

3.      On January 6, 2021, a joint session of the United States Congress convened at the Capitol, which is located at First Street, SE, in Washington, D.C. During the joint session, elected members of the United States House of Representatives and the United States Senate were meeting

1

in separate chambers of the Capitol to certify the vote count of the Electoral College of the 2020 Presidential Election, which had taken place on Tuesday, November 3, 2020. The joint session began at approximately 1:00 PM. Shortly thereafter, by approximately 1:30 PM, the House and Senate adjourned to separate chambers to resolve a particular objection. Vice President Mike Pence was present and presiding, first in the joint session, and then in the Senate chamber.

4.      As the proceedings continued in both the House and the Senate, and with Vice President Pence present and presiding over the Senate, a large crowd gathered outside the Capitol. Temporary and permanent barricades, as noted above, were in place around the exterior of the Capitol, and USCP officers were present and attempting to keep the crowd away from the Capitol and the proceedings underway inside.

5.      At approximately 2:00 PM, certain individuals in the crowd forced their way through, up, and over the barricades. Officers of the USCP were forced to retreat and the crowd advanced to the exterior façade of the building. The crowd was not lawfully authorized to enter or remain in the building and, prior to entering the building, no members of the crowd submitted to security screenings or weapons checks as required by USCP officers or other authorized security officials.

6.      At such time, the certification proceedings were still underway, and the exterior doors and windows of the Capitol were locked or otherwise secured. Members of the USCP attempted to maintain order and keep the crowd from entering the Capitol; however, shortly after 2:00 PM, individuals in the crowd forced entry into the Capitol, including by breaking windows and by assaulting members of law enforcement, as others in the crowd encouraged and assisted those acts. The riot resulted in substantial damage to the Capitol, requiring the expenditure of more than $1.4 million dollars for repairs.

7.      Shortly thereafter, at approximately 2:20 PM, members of the House of Representatives and of the Senate, including the President of the Senate, Vice President Pence, were instructed to—and did—evacuate the chambers. Accordingly, all proceedings of the United States Congress, including the joint session, were effectively suspended until shortly after 8:00 PM on January 6, 2021. In light of the dangerous circumstances caused by the unlawful entry to the Capitol—including the danger posed by individuals who had entered the Capitol without any security screening or weapons check—Congressional proceedings could not resume until after every unauthorized occupant had been removed from or left the Capitol, and USCP confirmed that the building was secured. The proceedings resumed at approximately 8:00 PM after the building had been secured. Vice President Pence remained in the Capitol from the time he was evacuated from the Senate Chamber until the session resumed.

### *Mark Roger Rebegila's Participation in the Capitol Riot on January 6, 2021*

8.      The defendant, Mark Roger Rebegila, lives in St. Marys, Kansas. Just prior to January 6, 2021, he and other unidentified individuals from St. Marys, traveled from Kansas to Washington, D.C. The purpose of the defendant's trip to Washington, D.C., was to protest Congress' certification of the Electoral College.

9.      In the early afternoon of January 6, 2021, Rebegila entered the Capitol Grounds, a restricted area, on the west side of the Capitol. Rebegila walked up a set of steps on the west side of the Capitol near the temporary scaffolding that made up the inaugural stage, and into a plaza on the northwest side of the Capitol. After the crowd breached a fire door leading past the Senate Parliamentarian's office on the north-west side of the first floor of the Capitol and at approximately 2:54 PM, Rebegila entered the Capitol. Rebegila had in his possession a yellow Gadsden flag that was zip-tied to a piece of what appears to be a PVC pipe. Rebegila stayed mostly in the vicinity of

the fire door, operating his mobile device, observing others, and examining a piece of broken glass he found on the floor. At approximately 2:56 PM, Rebegila entered office S131, reemerging into the hallway at approximately 2:57 PM. At approximately 2:58 PM, Rebegila entered office S132— commonly referred to as the Senate Parliamentarian's office, reemerging into the hallway at approximately 2:59 PM. At approximately 3:00 PM, Rebegila left the Capitol via the same door he entered.

10.     At approximately 3:37 PM, Rebegila reentered the Capitol through a previously broken-out door that is commonly referred to as the Senate Wing Door. By this time, most of the rioters had been pushed out of the Capitol, and dozens of officers were at the doors to keep the rioters out. After entering the door, Rebegila spoke briefly with one such officer wearing a brightly colored vest stating POLICE on it. After taking a selfie-style photograph, and at approximately 3:40 PM, Rebegila once again left the Capitol.

11.     Rebegila knew that both times he entered the Capitol that that he did not have permission to enter the building. While inside the Capitol, Rebegila paraded, demonstrated, or picketed.

**[THIS SPACE INTENTIONALLY BLANK]**

12.     Rebegila was interviewed by agents from the Federal Bureau of Investigation on

January 15, 2021. During that interview, Rebegila admitted that he traveled to Washington, D.C.

and admitted to entering the Capitol on January 6, 2021.

Respectfully submitted,

CHANNING D. PHILLIPS
Acting United States Attorney
D.C. Bar No. 415793

By:

SEAN P. MURPHY
Assistant United States Attorney
D.C. Bar No. 1187821
Torre Chardon, Ste 1201
350 Carlos Chardon Ave
San Juan, PR 00918
787-766-5656
sean.murphy@usdoj.gov

## DEFENDANT'S ACKNOWLEDGMENT

I, Mark Roger Rebegila, have read this Statement of the Offense and have discussed it with my attorney. I fully understand this Statement of the Offense. I agree and acknowledge by my signature that this Statement of the Offense is true and accurate. I do this voluntarily and of my own free will. No threats have been made to me nor am I under the influence of anything that could impede my ability to understand this Statement of the Offense fully.

Date: 11/29/2021

Mark Roger Rebegila
Defendant

## ATTORNEY'S ACKNOWLEDGMENT

I have read this Statement of the Offense and have reviewed it with my client fully. I concur in my client's desire to adopt this Statement of the Offense as true and accurate.

Date: 11/29/21

David B. Benowitz
Attorney for Defendant