# Exhibit A

The Honorable Judge Amit P. Mehta
United States District Judge
U.S. District Court for the District of Columbia
333 Constitution Avenue, N.W. Washington, DC 20001

Dear Judge Mehta,

My name is Mark Roger Rebegila. I'm 32 years old and live in St. Marys, Kansas. I take full responsibility for my actions on January 6th, 2021, and I apologize for anything I did that day that may have led to a further divide of this great country. I am the son of immigrants and I know how lucky I am just to be a United States citizen. I was the first from my village in Romania to be born in the States, I am very proud of this fact. Shortly after being born my mother took me back to Romania where I lived with my brother for about seven years. It was during this time that I learned to speak Romanian and Croatian.

I have been married to my wife Breanna for almost 12 years and we share four beautiful children and are expecting our fifth child in September. I'm the second oldest of five siblings, my sister tragically died in a car crash at the age of 6 in 1998. Us four boys were raised by our hard working and loving mother. Many weeks she worked seven days just to provide for us but we were still very poor. Her example however inspired me to work hard and provide for my children the things I didn't have as a child. My wife Breanna and I own a house and are very happy in our community. I have been employed at a great American company called Onyx Collection. I first started working in summers when I was 15. I went full time after graduating high school from St.Mary's Academy at the age of 19. I have been in some manager position ever since then. I'm grateful that my employer has kept me employed since my arrest.

My two passions in life are soccer and the outdoors. I have been playing the beautiful game since I could walk and I have donated my time to coaching local kids over the last 10 years. I am very excited to be coaching my own son for the first time this year. Marko is five years old and eager to learn. I love taking my family out in nature, whether it's camping or hiking. I also enjoy climbing mountains. I have climbed several 14 thousand foot peaks in Colorado including Pikes Peak and Mt. Elbert. When this ordeal is over and done with, I hope to climb Mt. Rainer and maybe even Denali. My love for adventure may have been the reason I ventured to D.C on that cold dark day in January. From everything I've learned, I will focus my energy on climbing mountains and staying out of restricted buildings.

I would like to apologize to all family members, friends, and neighbors who have been hurt by my actions. It was never my intention to do so. Please judge me as you will.

Sincerely yours,

Mark Rebegila