UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | CASE NO. 21-CR-283 (APM) |
| v. : | |
| : | |
| MARK ROGER REBEGILA, : | |
| : | |
| Defendant. : | |

## NOTICE OF FILING OF VIDEO EXHIBITS PURSUANT TO LCrR 49

Pursuant to LCrR 49(e)(1) and Standing Order No. 21-28 (BAH), the government hereby gives notice of the following video exhibit that was shown at the sentencing hearing that took place today, April 20, 2022 (Minute Entry, April 20, 2022). The government provided this video to the Court and Counsel via a secure filesharing platform. The government has no objection to the public release of this video.

**[THIS SPACE INTENTIONALLY LEFT BLANK]**

**GOV'T EXHIBIT 01**

| | |
|---|---|
| *Type:* | Video |
| *File Type:* | .mp4 |
| *Length:* | 00 min 38 sec |
| *Source:* | Video recovered from Rebegila's cellphone |
| *Description:* | A short video that Rebegila recorded on the north side of the Capitol. Among other things, Rebegila can be heard saying: |

> This is the final stand here, they're about to push us all out. Getting pushed, pretty hard. Ope, flash bang! Ohhhh!

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
DC Bar No. 481052

By: _____
SEAN P. MURPHY
Assistant U.S. Attorney
DC Bar No. 1187821
Torre Chardon, Ste 1202
350 Carlos Chardon Ave
San Juan, PR 00918
sean.murphy@usdoj.gov
787-766-5656